**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MANUEL LOPEZ LOPEZ,

    Plaintiff,

v.                                                                          Case No. 6:19-cv-1151-WWB-EJK

CITY BUFFET INC and XING BIN LI,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. 37). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 40), in which he recommends that the Motion be granted in part and that Plaintiff be awarded $4,280.00 in attorney's fees and $940.00 in costs.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 37) is **GRANTED in part** and Plaintiff is awarded $4,280.00 in attorney's fees and $940.00 in costs against Defendants. The Motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on January 25, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record